828

No. 85-2125. MAGIDOW v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85-2126. MALACHOWSKI ET UX. v. CITY OF KEENE ET AL. C. A. 1st Cir. Certiorari denied.

No. 85-2127. MCDANIEL v. JOHNSON ET AL. C. A. 3d Cir. Certiorari denied.

No. 85-2130. AKERS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85-2131. LEVY AUTO PARTS OF CANADA ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85-2132. KEHOE v. HOFMANN. C. A. 3d Cir. Certiorari denied.

No. 85-2135. HARDIN v. GILBERT & COLVIN (two cases). C. A. 5th Cir. Certiorari denied.

No. 85-2136. CITY CAB COMPANY OF ORLANDO, INC., ET AL. v. NATIONAL LABOR RELATIONS BOARD. C. A. 11th Cir. Certiorari denied.

No. 85-2138. TOWNSHIP OF WOODBRIDGE v. TOWNSHIP OF FRANKLIN SEWERAGE AUTHORITY ET AL. C. A. 3d Cir. Certiorari denied.

No. 85-2139. CHEMICAL ENGINEERING CORP. ET AL. v. PATERSON ET AL. Ct. App. Mich. Certiorari denied.

No. 85-2140. DINOLA v. AMERICAN CYANAMID ET AL. C. A. 3d Cir. Certiorari denied.

No. 85-2142. SOUTHWEST SUNSITES, INC., ET AL. v. FEDERAL TRADE COMMISSION. C. A. 9th Cir. Certiorari denied.

No. 85-2143. JOHNSON v. PATTESON. C. A. 8th Cir. Certiorari denied.

No. 85-2144. CITY OF NEW YORK v. SMOSS ENTERPRISES CORP. C. A. 2d Cir. Certiorari denied.